AMELIA ZELUFF, Respondent, v. JOHN BARTON PAYNE, Director-General of Railroads, etc., Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

In the Matter of the Application of MARIAN STEWART HONEYMAN for Revocation of Letters of Guardianship of LEANDER H. LaCHANCE and MARTIN TAYLOR. — Motion for stay granted on condition that the appellants perfect their appeal and bring the case on for argument on the 14th day of February, 1922, for which date it is set down; and in the meantime the appellants are enjoined from taking any steps except for the preservation of the fund in the condition in which it now is, without leave of this court. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

In the Matter of the Application for Letters of Administration of the Goods, Chattels and Credits of JEAN STEWART, Deceased.— Motion for stay granted to the extent that the respondents are restrained from qualifying as administrators until the determination of this appeal or the further order of this court. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

JULIUS J. KLEIN, Appellant, v. HERMAN B. SILVERMAN, Respondent.— Application denied, with ten dollars costs. (See *Handy* v. *Butler*, 183 App. Div. 359.)

MAX MILLER, Respondent, v. KATIE EDELSTEIN, Appellant.— Application denied, with ten dollars costs. (See *Handy* v. *Butler*, 183 App. Div. 359.)

GEORGE FRANKEL, Respondent, v. ALLEN BLACK, Appellant, Impleaded, etc. — Application denied, with ten dollars costs. (See *Handy* v. *Butler*, 183 App. Div. 359.)

## THIRD DEPARTMENT, JANUARY, 1922.

ALEXANDER BAKER, Respondent, v. THE PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Appellant.— Motion denied.

FLORENCE HATHORN DURANT, Respondent, v. MILTON J. WHEDON and HARRY A. BICKLE, Appellants.— Motion granted unless the appellants, on or before February first next, perfect their appeal and pay ten dollars costs of motion, in which event motion is denied.

WILLIAM P. COOPER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion denied.

NELLIE E. LYON KEZER, Respondent, v. MYRA SEELY and Others, Appellants.— Motion granted.

ANNA M. KELLY, Appellant, v. THOMAS M. BERGEN, Respondent.— Order unanimously affirmed, with costs.

ANGELO LAROCQUE, Respondent, v. OVILA FILION, Appellant.— Motion granted unless the appellant perfects appeal on or before February 6, 1922, and pays ten dollars costs to the respondent, in which case motion is denied.